No. 381. RAMON PASTOR DIAZ, PLAINTIFF IN ERROR, *v.* PEOPLE OF PORTO RICO; and

No. 382. LUIS ABELLA AND PEDRO G. GOICO, PLAINTIFFS IN ERROR, *v.* PEOPLE OF PORTO RICO. In error to the Supreme Court of Porto Rico. Motion to dismiss or affirm submitted March 6, 1917. Decided March 12, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Montana ex rel. Haire* v. *Rice,* 204 U. S. 291; *Thomas* v. *Iowa,* 209 U. S. 258; *Mallers* v. *Commercial Loan & Trust Co.,* 216 U. S. 613; *Appleby* v. *Buffalo,* 221 U. S. 524, 529. (2) *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Overton* v. *Oklahoma,* 235 U. S. 31; *Stewart* v. *Kansas City,* 239 U. S. 14. *Mr. R. H. Todd* for plaintiffs in error. *Mr. Samuel T. Ansell* for defendant in error.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF PARRIS PRINCE, PETITIONER. Submitted March 6, 1917. Decided March 12, 1917. Motion for leave to file petition for writ of mandamus denied. *Mr. George E. Sullivan* for petitioner.